# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 8, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  North Carolina
            v. Alcoa Power Generating, Inc., et al.
            No. 17-683
            (Your No. 15-2225)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 6, 2017 and placed on the docket November 8, 2017 as No. 17-683.

                                  Sincerely,

                                  **Scott S. Harris**, Clerk

                                  by

                                  Redmond K. Barnes
                                  Case Analyst